Joyce BROWN, Plaintiff–Appellant,

v.

Michael HALE, et al., Defendants–
Appellees.

No. 12–5617.

United States Court of Appeals,
Sixth Circuit.

Nov. 20, 2012.

BEFORE: McKEAGUE and
GRIFFIN, Circuit Judges; and DLOTT,
District Judge.*

OPINION

PER CURIAM.

Plaintiff Joyce Brown appeals the district court's award of summary judgment to defendant law enforcement officers on her civil rights and tort claims stemming from two encounters in August and December 2009. Having duly considered the district court's opinion and the record in light of the parties' appellate briefing, we find that plaintiff has not raised any argument that is not fairly and properly addressed in the district court's opinion. Although we review the district court's ruling de novo, we find no error. Concluding that a separate opinion would be duplicative and unnecessary, we hereby **AFFIRM** the district court's summary judgment ruling on the reasoning of its opinion.

* Honorable Susan J. Dlott, Chief United States District Judge for the Southern District of Ohio, sitting by designation.